# EXHIBIT 2



● Features

# Everything You Need in one platform

From your digital garage to local meets — built for people who live and breathe cars



### Your Digital Garage

Showcase every ride with photo galleries, detailed specs, mod lists, and maintenance logs. Your cars deserve the spotlight.

01



### Find Your Crew

Whether you're into JDM, Euro, muscle, or classics — discover people who obsess over the same builds you do.

02



### Events & Meetups

Discover local car meets, track days, cruise nights, and shows. Turn your online connections into real-world friendships.

03

● Video Gallery

# From the Community

Real stories from real enthusiasts — see what our members are building



▶  0:00 / 1:25

● Access

# Request Invite Code

Join our exclusive community of automotive enthusiasts. Request your invite below and be part of something special.

ⓘ Please note, this enters you into our queue and codes are not immediately issued. Please reach out if you have any questions.

**Email Address**

you@example.com

**Country**

＋ Add optional message

**Request Access**     Reset

● Get in Touch

# Contact Us

Have a question or want to work together? We'd love to hear from you. Send us a message and we'll respond as soon as possible.

**Your Name**

John Doe

**Email Address**

you@example.com

**What can we help you with?**

⊙ General Inquiry

**Your Message**

Tell us more about how we can help...

**Send Message**     Reset

# Stay Connected

Follow us on Instagram, TikTok, Pinterest, and more for the latest builds, events, and behind-the-scenes moments



**Instagram**

@garagesocial

Follow

**TikTok**

@garagesocial

Follow

**Pinterest**

@garagesocial

Follow

**garagesocial**

Connect with car enthusiasts worldwide, share your passion, and showcase your ride in our vibrant community.

**NAVIGATION**

Home

Features

Contact

**LEGAL**

Privacy Policy

Terms of Service

**HEADQUARTERS**

399 Boylston Street FL6,
Boston, MA 02116

© 2026 GarageSocial, Inc. All rights reserved.

● All systems operational