AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| GARAGESOCIAL, INC.,<br>a corporation,<br><br>*Plaintiff(s)*<br><br>THE HAGERTY GROUP, LLC, v·<br>a limited liability company,<br>MEMBER HUBS HOLDINGS LLC,<br>a limited liability company, and<br>MEMBER HUBS MIAMI LLC<br>a limited liability company,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:26-cv-22406-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE HAGERTY GROUP, LLC,
121 Driver's Edge, Traverse City
Michigan 49684

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SANCHELIMA & ASSOCIATES, P.A.
Christian Sanchelima, Esq
235 SW Le Jeune Rd, Miami, Florida 33134
+1 305-257-9197

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 8, 2026

**SUMMONS**

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |  |
|---|---|---|
| GARAGESOCIAL, INC.,<br>a corporation,<br><br>*Plaintiff(s)*<br><br>THE HAGERTY GROUP, LLC, v.<br>a limited liability company,<br>MEMBER HUBS HOLDINGS LLC,<br>a limited liability company, and<br>MEMBER HUBS MIAMI LLC<br>a limited liability company,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-22406-RKA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> MEMBER HUBS HOLDINGS LLC
> 121 Driver's Edge, Traverse City
> Michigan 49684

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SANCHELIMA & ASSOCIATES, P.A.
> Christian Sanchelima, Esq
> 235 SW Le Jeune Rd, Miami, Florida 33134
> +1 305-257-9197

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Apr 8, 2026

Angela E. Noble
Clerk of Court

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| GARAGESOCIAL, INC.,<br>a corporation,<br><br>*Plaintiff(s)*<br><br>THE HAGERTY GROUP, LLC, <sup>V.</sup><br>a limited liability company,<br>MEMBER HUBS HOLDINGS LLC,<br>a limited liability company, and<br>MEMBER HUBS MIAMI LLC<br>a limited liability company,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:26-cv-22406-RKA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MEMBER HUBS MIAMI LLC
121 Driver's Edge, Traverse City
Michigan 49684

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SANCHELIMA & ASSOCIATES, P.A.
Christian Sanchelima, Esq
235 SW Le Jeune Rd, Miami, Florida 33134
+1 305-257-9197

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:     Apr 8, 2026

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court